UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60646-LEIBOWITZ

BYOPLANET INTERNATIONAL, LLC

 *Plaintiff,*

v.

JARED KNECHT,

 *Defendant.*
_____/

## ORDER

 **PLEASE TAKE NOTICE** that a hearing scheduled for June 11, 2025, at 2:00 p.m., is **RESCHEDULED** for <u>June 17, 2025, at 3:30 p.m.</u>, on the issue of potential sanctions related to Plaintiff's counsel's apparent misrepresentations to the Court. For each party, <u>at least one counsel of record must appear in person at the Courtroom on the 9th Floor of the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Miami, FL 33128</u>.

 **DONE AND ORDERED** in the Southern District of Florida on June 10, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record