UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60646-LEIBOWITZ

**BYOPLANET INTERNATIONAL, LLC**

    *Plaintiff,*

v.

**JARED KNECHT,**

    *Defendant.*

_____/

## ORDER

The Court held a status conference in this case on June 17, 2025, at which counsel for Plaintiff and Defendant appeared. [*See* ECF No. 18]. The Court made a ruling at the status conference which is memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

It is **ORDERED AND ADJUDGED** that the parties shall submit to the Court supplemental briefing, including but not limited to: (1) the timeline of filings in all related cases, state and federal, by James Martin Paul which utilized "generative AI," and (2) records of time spent responding to filings which used "generative AI," and the related attorneys' fees. The parties shall submit this briefing **no later than June 27, 2025.**

**DONE AND ORDERED** in the Southern District of Florida on June 17, 2025.

                                              DAVID S. LEIBOWITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record