UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60646-LEIBOWITZ
CASE NO. 0:25-cv-60712-LEIBOWITZ

**BYOPLANET INTERNATIONAL, LLC**,

    *Plaintiff,*

v.

**JARRED KNECHT,**

    *Defendant.*

_____/

**RICHARD PATRICK MICHAEL O'SHEA**,

*Plaintiff,*

v.

**JASON NOVAK,**

*Defendant.*

_____/

**DEFENDANTS' JOINT MOTION FOR
ENTRY OF FINAL MONEY JUDGMENT PURSUANT TO ORDER
GRANTING PAYMENT OF ATTORNEYS' FEES BY JAMES MARTIN PAUL**

Defendants Jarred Knecht ("Knecht") and Jason Novak ("Novak" and together with Knecht, the "Defendants") in the above listed cases, by and through their undersigned counsel and pursuant to this Court's *Order* [Case No. 25-cv-60712, ECF No. 30; Case No. 25-cv-60646, ECF No. 33] (the "Payment Order"), hereby file this *Joint Motion for Entry of Final Money Judgment Pursuant to Order Granting Payment of Attorneys' Fees by James Martin Paul*, and in support thereof state as follows:

## BACKGROUND

1. On April 5, 2025, Plaintiff ByoPlanet International, LLC ("ByoPlanet") filed a Complaint against Knecht in the Southern District of Florida [*ByoPlanet International, LLC v. Jarred Knecht*, Case No. 0:25-cv-60646, ECF No. 1] (the "Knecht Case").

2. On April 14, 2025, Plaintiff Richard Patrick Michael O'Shea ("O'Shea," and, together with ByoPlanet, "Plaintiffs") filed a Complaint against Novak in the Southern District of Florida [*Richard Patrick Michael O'Shea v. Jason Novak*, Case No. 0:25-cv-60712, ECF No. 1] (the "Novak Case," and, together with the Knecht Case, the "Lawsuits").

3. Knecht is the former President of Promark Electrical Components Inc., which has a long, contentious history with ByoPlanet and O'Shea stemming from ByoPlanet's breach of a supply agreement with Promark, for which Promark initiated suit in the Superior Court of Canada, Province of Quebec, in November 2021 (the "Foreign Litigation").

4. Novak served as Canadian counsel to Promark in the Foreign Litigation.

5. Since commencement of the Lawsuits, Promark has paid all costs and attorneys' fees accrued in connection with the defense of the Lawsuits.

6. On July 15, 2025, the Court entered an order (the "Sanctions Order") imposing sanctions on Attorney James Martin Paul ("Paul"), counsel for Plaintiffs, following Paul's reliance on artificial intelligence ("AI") when generating court filings, leading to hallucinated cases and quotations. *See* Case No. 25-cv-60646, ECF No. 22; and Case No. 25-cv-60712, ECF No. 21.

7. In addition to dismissing the Lawsuits, the Court ordered Paul to pay the attorneys' fees for Defendants' counsel for the time spent responding to any filing in which generative AI was used to develop hallucinated cases and fabricated quotations. *See* Sanctions Order at 21.

8.  Pursuant to the Sanctions Order, Defendants filed *Defendants Jarred Knecht and Jason Novak's Notice of Dispute as to Attorneys' Fees in Connection with Order*. *See* Case No. 0:25-cv-60646, ECF No. 24; Case 0:25-cv-60712, ECF No. 22.

9.  On August 1, 2025, the Court entered an order resolving the fee dispute and ordering Paul to pay Defendants Knecht and Novak's attorneys' fees and costs in an amount of $36,663.00 (the "Sanctions Amount") within ninety days of the date of the order (the "Fee Order"). *See* Case No. 0:25-cv-60646, ECF No. 26; Case 0:25-cv-60712, ECF No. 23.

10. The Fee Order further stated that "[i]f Paul cannot make payment in full by that time, the parties shall confer and attempt in good faith to agree to a payment plan prior to the submission of any motion to modify the payment schedule." *See id.* at 10.

11. Following Paul's failure to make payment in compliance with the Fee Order, the parties conferred and attempted to resolve the issue in good faith, but Paul refused to agree to a payment plan. Accordingly, Defendants moved to compel Paul's compliance of the Fee Order. *See* Case No. 0:25-cv-60646, ECF No. 27; Case 0:25-cv-60712, ECF No. 24.

12. On January 6, 2026, the Court entered the Payment Order, directing Paul to pay the Sanctions Amount in six monthly payments of $6,100.25 each, with the first monthly payment due to the Defendants on February 15, 2026. *See* Case No. 25-cv-60646, ECF No. 33 at 3; Case No. 25-cv-60712, ECF No. 30 at 3.

13. The Payment Order also provided that "[i]n the event of non-payment in any given month in which payment is required as specified above, Defendants may move for entry of final money judgment against Paul in the amount equal to the unpaid balance of the total Sanctions Amount." *Id.* at 3.

14. Since entry of the Payment Order, Paul has failed to make any payment of the Sanctions Amount, and the deadline for Paul to make the first payment has since passed.[1] A true and correct copy of Pauls' correspondence to the undersigned, confirming his failure to make payment, is attached hereto as **Exhibit A**.

15. On or about February 27, 2026, Knecht and Novak executed in favor of Promark an Assignment of all of their rights in and to the Sanctions Amount, including any final judgment which may be entered in connection with the Sanctions Amount. A true and correct copy of the Assignment is attached hereto as **Exhibit B**.

16. Therefore, pursuant to this Court's Payment Order, the Defendants respectfully request that the Court enter an order granting the Defendants' request for entry of final money judgment against Paul for the full Sanctions Amount in favor of Promark. A copy of the proposed final money judgment granting this relief is attached hereto as **Exhibit C**.

## CONCLUSION

WHEREFORE, Defendants Jarred Knecht and Jason Novak respectfully request (a) entry of an order granting the instant motion, (b) entry of a final money judgment against Paul for the full Sanctions Amount in a form substantially similar to Exhibit C, and (c) such other and further relief as the Court deems just and proper.

---

[1] Since February 15, 2026, was a Sunday and February 16, 2026, was a legal holiday, the first payment was due February 17, 2026.

Dated: March 2, 2026

        Respectfully submitted,

**BAST AMRON LLP**
*Counsel for Jarred Knecht and Jason Novak*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: jbast@bastamron.com
Email: twright@bastamron.com

By: */s/ Jeffrey P. Bast*
    Jeffrey P. Bast, Esq. (FBN 996343)
    Tanisha M. Wright, Esq. (FBN 1049157)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF, which will automatically serve all parties who receive notice on March 2, 2026.

By: */s/ Jeffrey P. Bast*
    Jeffrey P. Bast, Esq. (FBN 996343)