**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-60646-LEIBOWITZ**
**CASE NO. 0:25-cv-60712-LEIBOWITZ**

**BYOPLANET INTERNATIONAL, LLC**,

     *Plaintiff,*

*v.*

**JARRED KNECHT,**

     *Defendant.*

_____/

**RICHARD PATRICK MICHAEL O'SHEA**,

     *Plaintiff,*

*v.*

**JASON NOVAK,**

     *Defendant.*

_____/

## FINAL JUDGMENT

Upon Defendants' Joint Motion for Entry of Final Money Judgment Pursuant to Order Granting Payment of Attorneys' Fees by James Martin Paul (the "Motion"), filed by Defendants Jason Novak ("Novak") and Jarred Knecht ("Knecht" and together with Novak, the "Defendants") against counsel for Plaintiffs, James Martin Paul ("Paul"), pursuant to this Court's Order [Case No. 25-cv-60712, ECF No. 30; Case No. 25-cv-60646, ECF No. 33] (the "Order"), the Court having considered the pleadings and proofs submitted, having reviewed the Court file, and being otherwise fully advised,

**FINAL JUDGMENT** is hereby entered as follows:

1. The Court finds that Paul has failed to pay any amount owed pursuant to the sanctions entered against him in the total amount of $36,663.00 (the "Sanctions Amount"), in accordance with the payment schedule set forth in the Order.

2. Pursuant to the Order and Paul's failure to pay, Defendants are entitled to entry of a final money judgment for the full Sanctions Amount.

3. Pursuant to the Motion, the Court recognizes the Defendants' Assignment in favor of Promark Electronics Inc. ("Promark" or "Assignee").

4. PROMARK ELECTRONICS INC., as assignee of Defendants JARRED KNECHT and JASON NOVAK, shall recover from counsel for Plaintiffs, JAMES MARTIN PAUL, the principal amount of $36,663.00.

5. The total amount listed above shall accrue interest from the date hereof at the rate in accordance with 28 U.S.C. § 1961, until the Judgment is paid in full **FOR WHICH TOTAL SUM LET EXECUTION ISSUE**.

6. The address of Assignee, PROMARK ELECTRONICS INC., is 6875 Chem. De la Cote de Liesse, Saint-Laurent, Quebec, Canada H4T 1E5.

7. The address of JAMES MARTIN PAUL is 5125 Heron Place, Coconut Creek, FL 33073.

8. The Court reserves jurisdiction to enforce this order, enter any further orders that may be necessary, or take any additional actions the Court deems appropriate.

**DONE AND ORDERED** in the Southern District of Florida on March 4, 2026.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record